14153-49
KEF/tlp

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| AMBER BISHOP, INDEPENDENT ADMINISTRATOR of the ESTATE of VERONICA L. HORSTEAD, DECEDENT,<br><br>    Plaintiff,<br><br>  v.<br><br>CECILE KEMP, LPN; and CORRECT CARE SOLUTIONS, LLC,<br><br>    Defendants. | No.:   18-02152 |

**AMENDED REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff being represented by Shayla Maatuka of Dodd & Maatuka, and Defendants being represented by Keith Fruehling of Heyl Royster Voelker & Allen, conferred via telephone and have agreed on the amended proposed schedule for the purpose of complying with the mandates of RULE 26(f); and, hereby present the same to the Court for its consideration.

The parties, through their undersigned counsel, propose the following dates for their discovery schedule pursuant to RULE 26(f)(3):

1. Parties will exchange initial disclosures pursuant to RULE 26(a)(1) by:  6/28/19.

2. The deadline for amendment of pleadings is: 9/27/19.

3. The deadline for joining additional parties is: 9/27/19.

4. The deadline to complete fact discovery is:  2/28/20.

5. The parties desire a RULE 26(f) status hearing with the Court on:  3/27/20.

6. Plaintiff shall comply with RULE 26(a)(2) by:  5/29/20.

    7.    Plaintiff shall make any RULE 26(a)(2)(B) experts available for deposition by: 7/27/20.

    8.    Defendant shall comply with RULE 26(a)(2) by: 9/28/20.

    9.    Defendant shall make any RULE 26(a)(2)(B) experts available for deposition by: 11/27/20.

    10.    All rebuttal opinions or supplementation pursuant to RULE 26(a)(2)(E) must be disclosed by: 1/31/21.

    11.    All discovery, including deposition of experts, is to be completed by: 4/1/21.

    12.    The deadline for filing case dispositive motions shall be: 5/5/21.

    13.    The Final Pre-Trial date shall be: _____.

    14.    The Trial Date shall be: _____.

The parties discussed the potential for alternative dispute resolution in this case and agreed that discovery needed to be undertaken to adequately assess the potential for fruitful alternative dispute resolution. After the parties have not yet completed sufficient discovery to assess the fruitfulness of alternative dispute resolution, the parties will advise the Court and seek assistance from the Court when appropriate, if necessary.

| AMBER BISHOP, INDEPENDENT ADMINISTRATOR of the ESTATE of VERONICA L. HORSTEAD, DECEDENT, Plaintiff | CECILE KEMP, LPN, and CORRECT CARE SOLUTIONS, LLC, Defendants |
|---|---|
| BY: /s/ Shayla Maatuka *(w/consent)*<br>    Shayla Maatuka<br>    Dodd & Maatuka<br>    303 S. Mattis Ave., Suite 201<br>    Champaign, IL 61821<br>    Phone: 217.356.9500 | BY: /s/ Keith E. Fruehling<br>    Keith E. Fruehling<br>    Heyl, Royster, Voelker & Allen<br>    301 N. Neil St., Suite 505<br>    Champaign, IL 61820<br>    Phone: 217.344.0060 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2019, I electronically filed the foregoing AMENDED REPORT OF RULE 26(f) PLANNING MEETING with the Clerk of the Court using the CM/ECF system, which will send notification to:

Ms. Shayla Maatuka
Dodd & Maatuka
303 S. Mattis, Suite 201
Champaign, IL 61821
E-Mail: shayla@madelaw.net

      I also hereby certify that I have mailed by United States Postal Service the above-referenced document to the following non-CM/ECF participant:

None.

                                            BY: s/Keith E. Fruehling
                                              Heyl, Royster, Voelker & Allen

36003614_1